

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2015

No. 04-15-00663-CV

Theresa Fay **JERRY**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY** and Robert Valdespino as Trustee, Et al.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05864
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant Theresa Jerry has filed a pro se Original Appeal of Motion to Summary Judgment. The filing, which we construe as a notice of appeal, alleges the trial court granted motions for summary judgment. The Clerk's Record contain a traditional and no-evidence motion for summary judgment filed by Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2. However, the Clerk's Record contains no motion for summary judgment filed by Robert Valdespino. The Clerk's Record also contains no order on a motion for summary judgment. The only orders in Clerk's Record are an order granting Jerry's counsel's motion to withdraw and an "Order Sustaining Defendant's Special Exceptions and Dismissing Claims Against Defendant Rob Valdespino." The Clerk's Record does not contain the special exceptions filed by Robert Valdespino.

As a general rule, "an appeal may be taken only from a final judgment." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). "A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree." *Id.* Furthermore, "a judgment issued without a conventional trial is final for purposes of appeal if and only if either it actually disposes of all claims and parties then before the court, regardless of its language, or it states with unmistakable clarity that it is a final judgment as to all claims and all parties." *Id.* at 192-93.

The only order disposing of any claims or defendants is the order dismissing Jerry's claims against Robert Valdespino. The order does not dispose of Jerry's claims against Deutsche Bank. The order also does not state with unmistakable clarity that it is a final judgment as to all claims and all parties. Furthermore, the orders that Jerry states she desires to appeal, orders granting motions for summary judgment, are not contained in the record.

It therefore appears to the court that there is no final, appealable judgment. We order appellant to show cause in writing to this court no later than **January 4, 2016** why this appeal should not be dismissed for lack of jurisdiction. If a supplemental clerk's record is required to demonstrate our jurisdiction, appellant must (a) ask the trial court clerk to prepare the record, and (b) notify this court that such a request was made. We further order the appellate deadlines suspended until further order of this court. If appellant fails to file a satisfactory response by the date ordered, the appeal will be dismissed.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2015.

Keith E. Hottle
Clerk of Court